1  STEPHEN H. TURNER, SB# 89627
   E-mail: turner@lbbslaw.com
2  LARISSA G. NEFULDA, SB# 201903
   E-Mail: lnefulda@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: (213) 250-1800
5  Facsimile: (213) 250-7900

6  Attorneys for Defendant, LAW OFFICE OF
   STEVEN A. BOOSKA
7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10

11 | KANDRIA WILLIAMS,                          ) CASE NO. 5:10-cv-00761-VAP-JCG
12 |         Plaintiff,                         )
13 |    v.                                      ) **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF KANDRIA WILLIAMS AND DEFENDANT LAW OFFICES OF STEVEN A. BOOSKA**
14 | NCO GROUP, INC., a Delaware corporation, NATIONAL
15 | COLLEGIATE TRUST, an entity of form unknown, LAW OFFICES OF
16 | STEVEN A. BOOSKA, and DOES 1-10,
17 |         Defendant.
18 |

19  TO THE HONORABLE COURT, TO ALL PARTIES AND TO THEIR
20  RESPECTIVE COUNSEL OF RECORD:
21  PLEASE TAKE NOTICE that Plaintiff KANDRIA WILLIAMS ("Plaintiff")
22  and Defendant LAW OFFICES OF STEVEN A. BOOSKA ("Booska") have agreed
23  to settle the above-entitled lawsuit.
24  / / /
25  / / /
26  / / /
27
28

1  Plaintiff and Booska, anticipate that they will complete the settlement, and
2  that Plaintiff and Booska will file a Stipulation Re: Dismissal of the action against
3  Booska, with prejudice, within 45 days.

4
5  Dated: April 5, 2011                **LEWIS BRISBOIS BISGAARD & SMITH LLP**

6
7                          By  /s/ Larissa G. Nefulda
                               Stephen H. Turner
                               Larissa G. Nefulda
8                              Attorneys for Defendant, LAW OFFICES OF
                               STEVEN A. BOOSKA
9

10  I.

