Geoffrey E. Marr, Esq. SBN: 120640
LAW OFFICES OF GEOFFREY E. MARR
402 West Broadway, Ste. 860
San Diego, CA 92101
Tel: (619) 238-1198
Fax: (619) 238-1398

Attorney for Defendant,
NATIONAL COLLEGIATE TRUST

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION (RIVERSIDE)

| | |
|---|---|
| KANDRIA WILLIAMS, an individual,<br><br>    Plaintiff,<br>  vs.<br><br>NCO GROUP, INC., a Delaware corporation, NATIONAL COLLEGIATE TRUST, an entity of form unknown, LAW OFFICES OF STEVEN A. BOOSKA, and DOES 1 through 10, inclusive.<br><br>    Defendants. | Case No.: 5:10-cv-00761-JVS-JCG<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF KANDRIA WILLIAMS AND DEFENDANT NATIONAL COLLEGIATE TRUST** |

TO THE HONORABLE COURT, TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Kandria Williams and Defendant National Collegiate Trust, have reached a settlement in the above entitled case. The parties are in

the process of completing the settlement documentation and will executed a settlement agreement and file a stipulation of dismissal with the Court, dismissing National Collegiate Trust from this case, within the next thirty (30) days.

Respectfully submitted,

Dated: April 21, 2011

LAW OFFICES OF GEOFFREY E. MARR
Attorney at Law

__/s/ *Geoffrey E. Marr*_____
GEOFFREY E. MARR, ESQ.
Attorney for Defendant,
NATIONAL COLLEGIATE TRUST

Dated: April 21, 2011

CLARK KLEINPETER LAW
Attorneys at Law

__/s/ *Amy Kleinpeter*_____
AMY KLEINPETER, Attorney for
Plaintiff, KANDRIA WILLIAMS